**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**
**BANGOR DIVISION**

| | |
|---|---|
| WE THE PEOPLE PAC; STATE REPRESENTATIVE BILLY BOB FAULKINGHAM; LIBERTY INITIATIVE FUND AND NICHOLAS KOWALSKI, | : <br> : <br> : <br> :    CIVIL ACTION |
| Plaintiffs, | : <br> : |
| v. | :  DOCKRT NO. _____ <br> : |
| MATTHEW DUNLAP, in his official capacity as the Secretary of State of Maine; and JULIE FLYNN, in her official capacity as the Deputy Secretary of State of Maine for the Bureau of Corporations, Elections and Commissioners, | : <br> : <br> : <br> : <br> : |
| | :    *Filed Electronically* |
| Defendants. | : |

## PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Pursuant to Red. R. Civ. P. 65(a) and (b), Plaintiffs respectfully move this Honorable Court for an emergency temporary restraining order and/or preliminary injunction temporarily and/or preliminarily enjoining Defendants from enforcing:

(1)    MRS Title 21-A, Chapter 11 Section 903-A, to the extent it requires that petitions for a direct initiative or people's veto may only be circulated by a registered voter of Maine; and,

(2)    MRS Title 21-A, Chapter 11, Section 903-A, to the extent it requires that petitions for a direct initiative or people's veto may only be circulated by a resident of the State of Maine, as applied to out-of-state circulators who first submit to the jurisdiction of the State of Maine for any investigation and/or prosecution of alleged violations of Maine's election code with respect to Referendum and/or People's Veto petitions filed with Defendants.

1

The Court should grant the requested emergency temporary restraining order and/or preliminary injunction for all the reasons set forth in the attached Memorandum of Law in Support of Plaintiffs' instant motion.

Respectfully submitted,


Dated: December 31, 2020             **___/s/ Stephen C. Whiting_____**
Stephen C. Whiting, Bar No. 559
*Counsel to Plaintiffs*
The Whiting Law Firm
75 Pearl Street, Suite 207
Portland, ME  04101
(207) 780-0681
steve@whitinglawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

Plaintiffs, by and through their undersigned legal counsel, hereby certify that on this date, a true and correct copy of the foregoing document was caused to be personally served upon all Defendants at their place of business.

Respectfully submitted,

Dated: December 31, 2020
        __/s/ **Stephen C. Whiting**____
        Stephen C. Whiting, Bar No. 559
        *Counsel to Plaintiffs*
        The Whiting Law Firm
        75 Pearl Street, Suite 207
        Portland, ME  04101
        (207) 780-0681
        steve@whitinglawfirm.com