UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WE THE PEOPLE PAC; State Representative BILLY BOB FAULKINGHAM; LIBERTY INITIATIVE FUND; and NICHOLAS KOWALSKI, | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Civil No. 1:20-cv-00489-JAW |
| SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine, JULIE FLYNN, in her official capacity as the Deputy Secretary of State of Maine for the Bureau of Corporations, Elections and Commissions, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF APPEAL

Please take notice that Defendants Shenna Bellows, in her official capacity as the Secretary of State of Maine, and Julie Flynn, in her official capacity as the Deputy Secretary of State of Maine for the Bureau of Corporations, Elections and Commissions, hereby appeal to the United States Court of Appeals for the First Circuit from the "Order on Motion for Preliminary Injunction," dated February 16, 2021 (ECF No. 46), in which the Court granted Plaintiffs' Motion for a Preliminary Injunction.

Dated: February 22, 2021                    Respectfully submitted,


                                            AARON M. FREY
                                            Attorney General

1

/s/ Jason Anton
JASON ANTON
PHYLLIS GARDINER
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to the Plaintiffs in this matter.

<u>/s/ Jason Anton</u>